UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

LUIS FELIPE GONZALEZ ARCILA,
a/k/a "Pipe"

                 Defendant.

------------------------------X

ORDER OF JUDICIAL REMOVAL

19 Cr. 837 (JPO)

      Upon the application of the United States of America, by Cecilia Vogel, Assistant United States Attorney, Southern District of New York, and Tara M. La Morte Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of LUIS FELIPE GONZALEZ ARCILA, a/k/a "Pipe," and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

    1.    The defendant is not a citizen or national of the United States.

    2.    The defendant is a native and a citizen of Colombia.

    3.    On November 12, 2021, the defendant was extradited from Colombia and paroled into the United States at John F. Kennedy International Airport, Queens, New York on or about November 12, 2021.

    4.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, under one count of

conspiracy to operate an unlicensed money transmission business from at least in or about June 2018, through in or about 2019, in violation of Title 18 United States Code Section 371. Further, in the defendant's plea agreement, he admitted to the forfeiture allegation with respect to count one of the indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $133,045 in United States currency, representing property involved in the offense charged in count one (the "Money Judgment").

5.  The maximum sentence for this violation is five years' imprisonment.

6.  The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an individual who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7.  The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8.  The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9.  The defendant has designated Colombia as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated:   New York, New York
         Dec. 14, 2021

_____
THE HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT COURT JUDGE